THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH BROWN and CHARLES MARKOWITZ, Appellants.

(Argued October 6, 1932; decided October 28, 1932.)

*Alexander I. Rorke, John T. Hogan, Thomas Jefferson Ryan* and *Joseph W. O'Donnell* for Joseph Brown, appellant.

*Martin C. Ansorge, Sidney C. Crane* and *Henry A. Drescher* for Charles Markowitz, appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GENTARO AKIYAMA, Appellant.

(Argued October 10, 1932; decided October 28, 1932.)

*William B. Moore* for appellant.

*John R. Schwartz, District Attorney (Thomas A. Lavery* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG and CROUCH, JJ. Not sitting: LEHMAN, J.